# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **HAROLD FRANKLIN OVERSTREET,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CIVIL ACTION NO.: _____** |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| § | |
| Defendant. § | |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Index of Matters Being Filed |
| **B.** | Docket Sheet in the state court action |
| **C.** | Plaintiff's Original Petition filed in the 96th Judicial District Court of Tarrant County, Texas on February 12, 2020 (Cause No. 096-315149-20) |
| **D.** | Civil Case Information Sheet filed in the 96th Judicial District Court of Tarrant County, Texas on February 12, 2020 (Cause No. 096-315149-20) |
| **E.** | Citation Issued to Allstate Vehicle and Property Insurance Company on February 13, 2020 |
| **F.** | Affidavit of Service of Citation on Allstate Vehicle and Property Insurance Company filed on February 25, 2020 |
| **G.** | Defendant Allstate Vehicle and Property Insurance Company's Original Answer to Plaintiff's Original Petition filed in the 96th Judicial District Court of Tarrant County, Texas on March 11, 2020 (Cause No. 096-315149-20) |
| **H.** | List of Counsel of Record |

Respectfully Submitted,

*/s/ Susan E. Egeland*
W. NEIL RAMBIN
State Bar No. 16492800
rambindocket@faegredrinker.com
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@faegredrinker.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2533
(469) 327-0860 (fax)

**ATTORNEYS FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on March 13, 2020.

*/s/ Susan E. Egeland*
SUSAN E. EGELAND