# EXHIBIT B



| | | | | | |
|---|---|---|---|---|---|
| Civil - Case and Transaction Information | | | | | 3/12/20 10:04 AM |
| Cause Number: | 096-315149-20 | | | | Date Filed: 02-12-2020 |
| HAROLD FRANKLIN OVERSTREET | | | VS | | ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY |
| Cause of Action: | CONTRACT, CONSUMER/DTPA | | | | |
| Case Status: | PENDING | | | | |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 02-12-2020 | PLTF'S ORIG PET | N | I | 289.00 | |
| 02-12-2020 | COURT COST (PAID) trans #1 | Y | | | 289.00 |
| 02-12-2020 | CIVIL INFO SHEET | | I | | 0.00 |
| 02-12-2020 | COPIES - SENT TO DP | N | | 13.00 | |
| 02-12-2020 | COURT COST (PAID) trans #4 | Y | | | 13.00 |
| 02-12-2020 | CITATION | N | Svc | 8.00 | |
| 02-12-2020 | COURT COST (PAID) trans #6 | Y | | | 8.00 |
| 02-12-2020 | CIT Cert Mail-ISSUED ON ALLSTATE VEHICLE AND PROPERTY INSURANCE-On 02/13/2020 | N | Svc | 83.00 | |
| 02-12-2020 | COURT COST (PAID) trans #8 | Y | | | 83.00 |
| 02-24-2020 | CIT Cert Mail Tr# 8 RET EXEC(ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY) On 02/18/2020 | | I | | 0.00 |
| 03-11-2020 | DEFN ORIG ANS | | I | | 0.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster